

# MetaSource Arbitration Dispute Resolution Program

Any controversy or claim arising out of or relating to an employee's employment with MetaSource shall be settled as its final step by binding arbitration administered by the American Arbitration Association ("AAA") under its Employment Arbitration Rules and Mediation Procedures and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.  The complete rules can be found here: https://www.adr.org/sites/default/files/document_repository/Employment%20Rules.pdf

MetaSource has agreed to follow AAA's Initial Discovery Protocols for Employment Arbitration Cases as outlined on its website.  These protocols can be found at this link: https://www.adr.org/sites/default/files/document_repository/AAA%20Initial%20Discovery%20Protocols%20for%20Employment%20Arbitration%20Cases_1.pdf

Before submitting the controversy or claim to binding arbitration, an employee has several options from which to choose to resolve the controversy or claim:

1. Employees are always encouraged to meet with their immediate manager or supervisor to discuss problems arising out of the workplace environment.  If the concern involves the manager or supervisor, the employee is free to approach anyone in the manager or supervisor's chain of command.

2. Employees may also submit their controversy or claim to a neutral mediation process.  If the employee does not wish to use an internal neutral mediator, the employee may request a mediator from AAA.  If mediation is not successful, then the dispute shall be submitted to arbitration.

AAA will propose qualified mediators and arbitrators who will be selected by both the employee and the company to resolve employment-related disputes.

Employees shall not be retaliated against for using the program.

Forms can be found here: https://www.adr.org/sites/default/files/document_repository/Employment%20Demand%20for%20Arbitration.pdf

Rev. 2017

*Worldwide Sales Offices*
*1900 Frost Road Ste 100*
*Bristol, Pennsylvania 19007*
*Phone: (215) 788-8885*
*Fax: (215) 788-8835*
*www.metasource.com*

*Executive Offices*
*67 W 13490 S Ste 300*
*Draper, UT 84020*
*Phone: (801) 208-1120*
*Fax: (801) 508-5740*
*www.metasource.com*