# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CRUMP,<br>    Plaintiff,<br><br>v.<br><br>METASOURCE ACQUISITIONS, LLC, METASOURCE EMPLOYEE SERVICES, LLC, METASOURCE, LLC, METASOURCE, LLC doing business as METASOURCE AND DAVID BRODECKI,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-3313 |

## O R D E R

**AND NOW**, this 19th day of March, 2019, upon consideration of Defendants' Motions to Compel Arbitration (ECF Nos. 25, 26), Plaintiff's Responses thereto (ECF No. 27, 28), and Defendants' Replies in support thereof (ECF Nos. 29, 30), **IT IS ORDERED** that the Motions are **DENIED**.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**